DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL JOHN MAGLIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0533

[December 14, 2023]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 97-20522CF10A.

Daniel John Maglio, Crawfordville, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***